**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark J Ogurkis** | Social Security number or ITIN **xxx–xx–7895** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **11–42100–CMG**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark J Ogurkis

3/23/17                                                      **By the court:**      Christine M. Gravelle
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Mark J Ogurkis  
    Debtor

Case No. 11-42100-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Mar 23, 2017  
                      Form ID: 3180W     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db              +Mark J Ogurkis,    28 Brian Street,    Milford, NJ 08848-1009
512506846       +Beta Finance,    c/o National Financial Group,    6110 Executive Blvd Suite 100,
                  Rockville, MD 20852-3928
512506847       +Carl Milano, DMD,    c/o Bonded/Capital Collections,    PO Box 123,
                  Mount Freedom, NJ 07970-0123
512539198       +Jerome F. O'Brien, ESQ.,    P.O. Box 505,    West Caldwell, NJ 07007-0505
512506849       +O'Brien & Taylor,    175 Fairfield Avenue,    PO Box 505,    West Caldwell, NJ 07007-0505
512506850       +PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
512609404       +PNC Mortgage,,    a division of PNC Bank,,    National Association,    3232 NEWMARK DRIVE,
                  MIAMISBURG, OH 45342-5421
512506851       +Raymond A. Grimes, ESQ,    1367 Route 202 North,    Neshanic Station, NJ 08853-4259
512506854      ++++STEM BROTHERS,    PO BOX 619,    760 FRENCHTOWN RD,    MILFORD NJ  08848-0619
                 (address filed with court: Stem Brothers,     760 Frenchtown Road,    PO Box T,
                  Milford, NJ 08848)
512506852       +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
512506855        Verizon,    c/o Penn Credit,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2017 22:55:06      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2017 22:55:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
512622798        E-mail/Text: legal-compliance@directbuy.com Mar 23 2017 22:54:21      Beta Finance Company, Inc.,
                  P.O. Box 6000,    Crown Point, IN 48308-8000
512506848        EDI: DISCOVER.COM Mar 23 2017 22:28:00      Discover,    PO Box 71084,    Charlotte, NC 28272-1084
512517751        EDI: DISCOVER.COM Mar 23 2017 22:28:00      Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
513859856       +EDI: AIS.COM Mar 23 2017 22:28:00      Midland Funding LLC,    by American InfoSource LP as agent,
                  Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457,    Midland Funding LLC 77210-4457
513859855        EDI: AIS.COM Mar 23 2017 22:28:00      Midland Funding LLC,    by American InfoSource LP as agent,
                  Attn: Department 1,    PO Box 4457,    Houston, TX  77210-4457
512803482        EDI: VERIZONEAST.COM Mar 23 2017 22:28:00      VERIZON,    PO BOX 3037,
                  BLOOMINGTON, IL  61702-3037
512803483        EDI: VERIZONWIRE.COM Mar 23 2017 22:28:00      VERIZON WIRELESS,    PO BOX 3397,
                  BLOOMINGTON, IL 61702-3397
                                                                                                TOTAL: 9

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Bank, National Association
513863119*      +Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457,    Midland Funding LLC 77210-4457
513863118*       Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                  Houston, TX  77210-4457
512506853*      +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
                                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Mar 23, 2017
                               Form ID: 3180W           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Brian C. Nicholas     on behalf of Creditor    PNC Bank, National Association
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Joan Sirkis Warren    on behalf of Debtor Mark J Ogurkis joan@joanlaverylaw.com
                                                                                                            TOTAL: 5